UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 MAY 15  P 4: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>Arnulfo Salazar-Molar )<br>    Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1570-TU<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mercedes Rivera Garcia

DATED: 5/15/08

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  _Nita_
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082