RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 15 P 4: 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
        vs. )
Arnulfo Salazar-Molar )
        Defendant(s) )

CRIMINAL NO. 08CR1570-JLS

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sibeli Martinez - Aquino

DATED: 5/15/08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082